UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PARAMJIT SINGH DHALIWAL, | ) | Case No. C06-211-RSL-JPD |
| Petitioner, | ) | |
| v. | ) | |
| | ) | MINUTE ORDER |
| KEN QUINN, | ) | |
| Respondent(s). | ) | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

(1) Respondent's motion for extension of time to respond to petitioner's 28 U.S.C. § 2254 petition is RE-NOTED for Friday, April 14, 2006. Petitioner is directed to file any opposition to the motion no later than Wednesday, April 12, 2006. Respondent may file any reply no later than the noting date. *See* Local Rule 7(d).

DATED this __10th_ day of April, 2006.

          Bruce Rifkin
          Clerk of the Court


          /s/ Peter H. Voelker
          Peter H. Voelker
          Deputy Clerk

MINUTE ORDER
PAGE -1