# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| PARAMJIT SINGH DHALIWAL, ) <br> ) <br>         Petitioner, ) <br> ) <br> vs. ) <br> ) <br> KEN QUINN, Superintendent, ) <br> ) <br>         Respondent. ) | **C06-211 RSL** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties have requested the noting date for the Habeas petition be extended and reset. The request is Granted. The Habeas petition is hereby Re-Noted to Friday, July 14, 2006.

Dated this 15th day of June , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**