UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH DHALIWAL, ) | |
| ) | Case No. 06-211-RSL-JPD |
| Petitioner, ) | |
| ) | |
| v. ) | MINUTE ORDER |
| ) | |
| KENNETH QUINN, ) | |
| ) | |
| Respondent. ) | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge

Both parties' motions for summary judgment in the above-captioned matter, if any, will be due no later than **February 1, 2007**. Oppositions by both parties to the same will be due no later than **February 16, 2007**. Replies by both parties to the same will be due no later than **February 22, 2007**. This matter will be considered noted for February 23, 2007.

DATED this 9th day of January, 2007.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

MINUTE ORDER