UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH DHALIWAL, )
　　　　　　　　　　　　　　　　　)  Case No. 06-211-RSL-JPD
　　　　　　Petitioner, )
　　　　　　　　　　　　　　　　　)
　　　v. )  ORDER GRANTING PETITIONER'S
　　　　　　　　　　　　　　　　　)  MOTION TO FILE OVERLENGTH
KENNETH QUINN, )  BRIEF
　　　　　　　　　　　　　　　　　)
　　　　　　Respondent. )
_____ )

　　　Petitioner Paramjit Singh Dhaliwal, an inmate at the Monroe Correctional Complex in Monroe, Washington, has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus. Dkt. No. 1. The present matter comes before the Court on the petitioner's Motion to File Over-Length Brief. Dkt. No. 28. After careful consideration of the motion, supporting documents, governing law and the balance of the record, the Court ORDERS as follows:

　　　(1)　Good cause having been established, petitioner's motion (Dkt. No. 28) is GRANTED. Pursuant to Local Rule CR 7(f), petitioner will be allowed to file a brief of 63 pages in length, 39 pages over the usual limit.

　　　(2)　The Clerk of the Court is instructed to send uncertified copies of this Order to counsel for both parties, and to the Honorable Robert S. Lasnik, Chief Judge.

ORDER GRANTING PETITIONER'S
MOTION TO FILE OVERLENGTH BRIEF
PAGE - 1

01     DATED this 1st day of March, 2007.

02

03                                                JAMES P. DONOHUE

04                                                United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PETITIONER'S
MOTION TO FILE OVERLENGTH BRIEF
PAGE - 2