UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARAMJIT SINGH DHALIWAL, ) | |
| ) | Case No. 06-211-RSL-JPD |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING RESPONDENT'S |
| ) | MOTION TO FILE OVERLENGTH |
| KENNETH QUINN, ) | BRIEF, NUNC PRO TUNC |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner Paramjit Singh Dhaliwal, an inmate at the Monroe Correctional Complex in Monroe, Washington, has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus. Dkt. No. 1. The present matter comes before the Court on respondent's motion to file and overlength summary judgment brief. Dkt. No. 28. After careful consideration of the motion, governing law and the balance of the record, the Court ORDERS as follows:

(1) Good cause having been established, petitioner's motion (Dkt. No. 30) is GRANTED, *nunc pro tunc*, pursuant to Local Rule CR 7(f).

(2) The Clerk of the Court is instructed to send uncertified copies of this Order to counsel for both parties, and to the Honorable Robert S. Lasnik, Chief Judge.

DATED this 20th day of March, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge